[No. 18332-7-III. Division Three. August 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY LEE LANE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01349-5, Robert D. Austin, J., entered March 26, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 18510-9-III. Division Three. August 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD T. ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00312-7, Donald W. Schacht, J., entered May 24, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18115-4-III. Division Three. August 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE GRIFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00599-1, Carolyn A. Brown, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18475-7-III. Division Three. August 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMINO MORALEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00648-3, Philip M. Raekes, J., entered May 14, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.